IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

IN THE MATTER OF
THE FEDERAL LAPSE
IN APPROPRIATIONS    MISCELLANEOUS CASE NO 2:13MC43

## ORDER

Currently before the Court, is a Motion for Stay of Deadlines in Social Security Cases (Doc. 1), filed by the United States Attorney for the Western District of Arkansas on behalf of the Social Security Administration.

The Court has reviewed this motion and finds that a partial stay is appropriate in light of the lapse in appropriations to the Department of Justice.

1.    All proceeding in Social Security cases pending in the Western District of Arkansas, in which the briefing schedule has not been completed, are hereby **STAYED**.

2.    All deadlines, response dates, due dates or cut-off dates in Social Security cases pending in the Western District of Arkansas are hereby **STAYED** for a period of time commensurate with the duration of the lapse in appropriations with the addition of fourteen (14) days. Following expiration of the stay, the presiding or referral judge in each case may set new briefing deadlines, and make necessary scheduling adjustments.

3.    This Order does not prohibit, in any manner, the ability of parties to file claims or commence actions against the Social Security Administration. However, any case commenced while there is a lapse in appropriations will be immediately stayed, pending restoration of appropriations.

4.    Any party may seek relief from this temporary stay for good cause shown in a particular case.

5. The Clerk of Court is directed to distribute this Order (a) by electronic notification to all registered CM/ECF users; (b) by first-class mail to pro se litigants in Social Security cases; and (c) by posting the Order on the Court's public website.

6. The United States Attorney is directed to notify the Court when appropriations are restored to the Department of Justice and the Social Security Administration.

IT IS SO ORDERED this 11th day of October 2013.

*/s/ P. K. Holmes, III*

P. K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 1 1 2013

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk